UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**IZTOK PLEVNIK**,

      Plaintiff,

      v.

**EUGENE R. SULLIVAN,** *et al.*,

      Defendants.

Case No. 23-cv-837 (CRC)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant Eugene R. Sullivan's Motion to Dismiss [Dkt. No. 9] is GRANTED. It is further

**ORDERED** that Defendant Gene Sullivan, II's Motion to Dismiss [Dkt. No. 18] is GRANTED. It is further

**ORDERED** that Plaintiff's Motion for Leave to File Surrebuttal [Dkt. No. 30] is GRANTED. It is further

**ORDERED** that Plaintiff's Motion for Leave to File Department of Treasury FOIA Response [Dkt. No. 31] is DENIED. It is further

**ORDERED** that Plaintiff's Supplementary Motion for Leave to File Department of Treasury FOIA Response [Dkt. No. 33] is DENIED. It is further

**ORDERED** that Plaintiff's Motion for Entry of Final Judgment [Dkt. No. 35] is DENIED as moot. It is further

**ORDERED** that the complaint and this case are dismissed.

This is a final appealable Order.

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date: <u>January 26, 2024</u>